**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RECONSTRUCTIVE ORTHOPAEDIC ASSOCIATES II, LLC d/b/a The Rothman Institute** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **ZURICH AMERICAN INSURANCE COMPANY** | : : | **NO. 21-4003** |

## ORDER

**NOW**, this 29th day of September, 2022, upon consideration of Defendant Zurich American Insurance Company's Motion to Dismiss Plaintiff's Complaint (Doc. No. 13), the plaintiff's response, the defendant's reply, and the plaintiff's sur-reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.